# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

WESLEY A. KAY,                                    Civil No. 09-3012 (JRT/JJK)

                      Plaintiff,

v.                                                **ORDER**

I-FLOW CORPORATION, *et al.*,

                      Defendants.
_____

This matter came before this Court upon the Joint Stipulation of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)9ii), filed September 3, 2010 [Docket No. 65].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's claims in the above-captioned case be and are hereby dismissed as to Defendant LMA North America, Inc.

DATED: September 4, 2010  
at Minneapolis, Minnesota.                                  s/ John R. Tunheim  
                                                          JOHN R. TUNHEIM  
                                                   United States District Judge